**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Andes Industries, Inc. and ) Case # 2:14-cv-400-APG-GWF
PCT International, Inc., )
  )
      Plaintiff(s), ) **VERIFIED PETITION FOR**
  ) **PERMISSION TO PRACTICE**
  vs. ) **IN THIS CASE ONLY BY**
Cheng Sun Lan, Kun-Te Yang, Chi-Jen ) **ATTORNEY NOT ADMITTED**
(Dennis) Lan, Polar Star Management Ltd., ) **TO THE BAR OF THIS COURT**
EZConn Corporation, and eGtran Corporatio ) **AND DESIGNATION OF**
      Defendant(s). ) **LOCAL COUNSEL**
  )
  ) FILING FEE IS $200.00

_____John K. Harting_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Robins, Kaplan, Miller & Ciresi, L.L.P._____
(firm name)

with offices at _____800 LaSalle Avenue, 2800 LaSalle Plaza_____,
(street address)

___Minneapolis___, ___Minnesota___, __55402-2015__,
(city) (state) (zip code)

___612-349-8500___, ___JKHarting@rkmc.com___.
(area code + telephone number) (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___PCT International, Inc.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since   October 28, 2011  , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   Minnesota  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| (See attached Exhibit A) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 8/14

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations.

Minnesota

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| (See attached Exhibit) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 8/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Minnesota____ )
                            )
COUNTY OF ____Hennepin____ )

____John K. Harting____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

29th day of August, 2014

_____
Notary Public or Clerk of Court

MARY A LUTZ
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/18

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Justin C. Jones____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____3556 E. Russell Road, 2nd Floor____,
(street address)

____Las Vegas____, ____Nevada____, ____89120____,
(city)            (state)           (zip code)

____702-341-5200____, ____JJones@wrslawyers.com____.
(area code + telephone number)   (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Wolf, Rifkin, Shapiro, Schulman & Rabkin__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature) Angie Rodrigue
Andes Industries, Inc., Secretary
(type or print party name, title)

_____
(party's signature) Angie Rodrigue
PCT International, Inc., Secretary
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8519                  jjones@wrslawyers.com
Bar number            Email address

APPROVED:

Dated: September 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHN KELLY HARTING

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2011

Given under my hand and seal of this court on

March 14, 2014

Margaret Fuller Corneille
Office of Lawyer Registration