UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Andes Industries, Inc. and
PCT International, Inc.,

      Plaintiff(s),

vs.

Cheng Sun Lan, Kun-Te Yang, Chi-Jen (Dennis) Lan, Polar Star Management Ltd., EZConn Corporation, and eGtran Corporatio

      Defendant(s).

Case # 2:14-cv-400-APG-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Andrew J. Kabat_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Robins, Kaplan, Miller & Ciresi, L.L.P._____
(firm name)

with offices at _____800 LaSalle Avenue, 2800 LaSalle Plaza_____,
(street address)

_____Minneapolis_____, _____Minnesota_____, _____55402-2015_____,
(city)                    (state)                 (zip code)

_____612-349-8500_____, _____AJKabat@rkmc.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____PCT International, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since ___September 19, 2012___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Missouri___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eastern District of Missouri | September 19, 2012 | MO64947 |
| Western District of Missouri | September 19, 2012 | MO64947 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 8/14

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations.

Missouri Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 8/14

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Minnesota___ )
)
COUNTY OF ___Hennepin___ )

___Andrew J. Kabat___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__02__ day of __September__, 2014

THOMAS GERALD BANGASSER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2018

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Justin C. Jones___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3556 E. Russell Road, 2nd Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89120___,
(city)          (state)          (zip code)

___702-341-5200___, ___JJones@wrslawyers.com___.
(area code + telephone number)  (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Wolf, Rifkin, Shapiro, Schulman & Rabkin__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature) Angie Rodrigue

Andes Industries, Inc., Secretary
(type or print party name, title)

_____
(party's signature) Angie Rodrigue

PCT International, Inc., Secretary
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8519                   jjonese wrslawyers.com
Bar number             Email address

APPROVED:

Dated: September 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

# *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/19/2012,

## *Andrew Joseph Kabat*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 18th day of February 2014.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri