# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDIES INDUSTRIES, INC. and PCT INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHENG SUN LAN, *et al.*, <br><br> Defendants. | Case No. 2:14-CV-00400-APG-GWF <br><br> **ORDER** |

IT IS ORDERED that the parties shall file a status report on or before September 15, 2015.

DATED this 21st day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE