UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDES INDUSTRIES, INC. and PCT INTERNATIONAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHENG SUN LAN; KUN-TE YANG; CHI-JEN (DENNIS) LAN; POLAR STAR MANAGEMENT LTD.; EZCONN CORPORATION; and EGTRAN CORPORATION.<br><br>Defendants. | Case No. 2:14-cv-00400-APG-GWF<br><br>FINAL JUDGMENT IN FAVOR OF DEFENDANTS EZCONN CORPORATION AND EGTRAN CORPORATION<br><br>[Dkt. #88] |

On March 25, 2015, I granted the motions to dismiss filed by defendants eGTran Corporation and EZconn Corporation because this court lacks personal jurisdiction over those defendants. (Dkt. #80.) On September 25, 2015, eGTran and EZconn moved for entry of final judgment in their favor. (Dkt. #88.) Plaintiffs do not oppose entry of final judgment in favor of those defendants, provided it is without prejudice as to the substantive claims plaintiffs assert against them. (Dkt. #90 at 8:11-13.) Because I have dismissed plaintiffs' claims due to lack of personal jurisdiction, this judgment shall be without prejudice to plaintiffs' ability to assert those claims in a court that can exercise jurisdiction over eGTran and EZconn.

There is no just reason to delay entry of final judgment in favor of eGTran and EZconn. Fed. R. Civ. P. 54(b). Entry of final judgment in favor of eGTran and EZconn is warranted under Fed. R. Civ. P. 58.

Accordingly, FINAL JUDGMENT is hereby entered in favor of defendants eGTran Corporation and defendant EZconn Corporation and against plaintiffs Andes Industries, Inc. and PCT International, Inc.

DATED this 30th day of November, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE